# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANCISCO ROMERO, R#51352 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18−cv−02044−NJR |
| ) | |
| SALVADOR GODINEZ, et. al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

**ROSENSTENGEL, District Judge:**

This action came before the Court, District Judge Nancy J. Rosenstengel, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED with prejudice**, the parties to bear their own costs. This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g).

**DATED:  February 26, 2019**

MARGARET M. ROBERTIE,
Clerk of Court


By: *s/ Tanya Kelley*
Deputy Clerk


**APPROVED:** _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**